**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2377**

CLAUDE HOLLAND; LORI HOLLAND,

       Plaintiffs - Appellants,

    v.

STATE OF MARYLAND; R. HUNTER NELMS, JR.; ROBERT VAN METER,
Major,

       Defendants - Appellees,

    and

WICOMICO COUNTY SHERIFF'S DEPARTMENT,

       Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (1:07-
cv-03040-AMD)

Submitted: March 23, 2010          Decided: April 6, 2010

Before TRAXLER, Chief Judge, and MOTZ and GREGORY, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Robin R. Cockey, COCKEY, BRENNAN & MALONEY, P.C., Salisbury,
Maryland, for Appellants. Douglas F. Gansler, Attorney General

of Maryland, H. Scott Curtis, Assistant Attorney General, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude and Lori Holland, husband and wife, filed suit against Defendants alleging state and federal law causes of action relating to Claude's suspension and termination from his position with the Wicomico County Sheriff's Office. The district court granted summary judgment for Defendants finding the Hollands' claims were barred by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Holland v. Maryland, No. 1:07-cv-03040-AMD (D. Md. Dec. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED